```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
UNITED STATES OF AMERICA,                  :      18cr0623 (DLC)
                                           :
            -v-                            :      SEALED ORDER
                                           :
EDWARD KEKELI JACOB NORMANYO,              :
                                           :
                        Defendant.         :
                                           :
-------------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the United States Probation Office shall prepare a PreSentence Investigation Report. Counsel for defendant shall arrange to have the defendant interviewed by the Probation Department within two weeks of this Order.

IT IS HEREBY ORDERED that sentencing is scheduled for **April 17, 2020** at **2:00 p.m.**

IT IS FURTHER ORDERED that the Government's submission regarding sentence shall be due **April 3** and the defendant's submission shall be due **April 10**. Counsel shall provide one (1) courtesy copy of their submissions to the Court by mail or delivery to the U.S. Courthouse, 500 Pearl Street, New York, NY.

Dated:   New York, New York
         December 16, 2019

                                   _____
                                          DENISE COTE
                                   United States District Judge