```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :   S1 18cr0623 (DLC)
                                     :
            -v-                      :      SEALED
                                     :   REVISED ORDER
EDWARD KEKELI JACOB NORMANYO,        :
                                     :
            Defendant.               :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the United States Probation Office shall prepare a PreSentence Investigation Report. Counsel for defendant shall arrange to have the defendant interviewed by the Probation Department within two weeks of this Order.

IT IS HEREBY ORDERED that sentencing is scheduled for **April 10, 2020** at **2:00 p.m.**

IT IS FURTHER ORDERED that the Government's submission regarding sentence shall be due **March 27** and the defendant's submission shall be due **April 3**. Counsel shall provide one (1) courtesy copy of their submissions to the Court by mail or delivery to the U.S. Courthouse, 500 Pearl Street, New York, NY.

Dated:   New York, New York
         December 17, 2019

                                    _____
                                             DENISE COTE
                                    United States District Judge