UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :        S1 18cr0623 (DLC)
                                          :
               -v-                        :        SEALED ORDER
                                          :
EDWARD KEKELI JACOB NORMANYO,             :
                                          :
                         Defendant.       :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

     For the reasons set forth in defense counsel's letter of

March 18, 2020, and with consent of the Government, it is hereby

     ORDERED that the April 17 sentencing is adjourned to

**June 19, 2020** at **12:00 p.m.**

     IT IS FURTHER ORDERED that the Government's submission

regarding sentence shall be due **June 5** and the defendant's

submission shall be due **June 12.**


Dated:    New York, New York
          March 26, 2020

                              _____
                                         DENISE COTE
                              United States District Judge