```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :      S1 18cr0623 (DLC)
                                        :
              -v-                       :      SEALED ORDER
                                        :
EDWARD KEKELI JACOB NORMANYO,           :
                                        :
              Defendant.                :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

For the reasons set forth in defense counsel's letter of May 22, 2020, and with consent of the Government, it is hereby

ORDERED that the June 19 sentencing is adjourned to **September 18, 2020** at **12:00 p.m.**

IT IS FURTHER ORDERED that the Government's submission regarding sentence shall be due **September 4** and the defendant's submission shall be due **September 11**.

Dated:    New York, New York
          May 27, 2020

                                   _____
                                          DENISE COTE
                                   United States District Judge