UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :
                                     :    S1 18Cr623 (DLC)
         -v-                         :
                                     :    SEALED ORDER
EDWARD KEKELI JACOB NORMANYO,        :
                                     :
                  Defendant.         :
                                     :
------------------------------------X

DENISE COTE, District Judge:

In response to the Order of August 13, 2020, defense counsel notified this Court on August 24 that the defendant prefers that his sentencing occur in person as opposed to by videoconference. In addition, the defense counsel's letter notes that the defendant ███████████████. Due to the COVID-19 pandemic, New York State currently requires all ███████ ███████ to quarantine for 14 days upon arrival in New York. In light of this restriction and the defendant's preference for an in-person sentencing, the defendant requests that his September 18 sentencing be adjourned. Accordingly, it is hereby

ORDERED that the date for the in-court sentencing proceeding is adjourned to the first Friday that is at least seven days following the end of the New York quarantine of ██████ residents.

IT IS FURTHER ORDERED that the Government shall provide weekly status letters regarding the New York quarantine of ▮▮▮▮ residents, beginning **September 11, 2020**.

IT IS FURTHER ORDERED that the Government's sentencing submission remains due on **September 4** and the defendant's submission remains due on **September 11**.

IT IS FURTHER ORDERED that the Government shall provide a letter **within two weeks** addressing ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

Dated:  New York, New York
        August 27, 2020

                                    _____
                                    DENISE COTE
                                    United States District Judge