```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                                        :     S1 18Cr623 (DLC)
           -v-                          :
                                        :     SEALED ORDER
EDWARD KEKELI JACOB NORMANYO,           :
                                        :
                      Defendant.        :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

The Government having informed the Court in its letter of October 2, 2020 that New York State no longer requires anyone traveling from ▓▓▓▓▓ to quarantine for a 14-day period, it is hereby

ORDERED that the defendant's sentencing is scheduled for **October 9, 2020** at **12 p.m.** in Courtroom 18B, 500 Pearl Street.

IT IS FURTHER ORDERED that all individuals seeking entry to 500 Pearl Street must complete a questionnaire and have their temperature taken before being allowed entry into the courthouse. **To gain entry to 500 Pearl Street, follow the instructions provided here:**

> https://nysd.uscourts.gov/sites/default/files/2020-07/SDNY%20Screening%20Instructions.pdf

IT IS FURTHER ORDERED that all individuals must practice social distancing at all times in the courthouse. Individuals also must wear face masks at all times in the courthouse unless the Court authorizes their removal.

IT IS FURTHER ORDERED that by **October 5, 2020,** defense counsel must advise the Court of how many spectators will attend the sentencing. The parties must advise the Court by the same date how many individuals will be seated at counsel's tables. Special accommodations may need to be made if more than **ten** spectators are expected to attend, or more than **three** individuals are expected to be seated at each counsel's table.

IT IS FURTHER ORDERED that members of the press and family members who are not able to attend the in court sentencing of the defendant may listen to the sentencing proceeding through a telephone link by calling **888-363-4749** and using access code **4324948**.

Dated: New York, New York
October 2, 2020

_____
DENISE COTE
United States District Judge